[No. 31061-5-I. Division One. April 12, 1993.]

ALFRED BROOKS, *Appellant*, v. NORTH PACIFIC INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-10104-3, Steven G. Scott, J., entered July

20, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Forrest and Baker, JJ.